

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00064-CV

JON AND LISA O'HARRA, KYLEE PETERSON, CHAD WILLIAMS, AND DIEGO AND ROSARIO MALDONADO, Appellants

v.

W.R. COLLIER, TRUSTEE FOR THE SEPARATE TRUST FBO ROBERT GREGORY COLLIER AND HIS DESCENDANTS, AND GREG COLLIER, Appellees

§  On Appeal from the 348th District Court

§  of Tarrant County (348-335835-22)

§  May 8, 2025

§  Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's "Final Declaratory Judgment and Permanent Injunction." It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that established the validity of the easements and its award of attorney's fees. We reverse the

Permanent Injunction portion of the trial court's judgment and remand this case to the trial court for clarification of its permanent injunction order.

It is further ordered that Appellants Jon and Lisa O'Harra, Kylee Peterson, Chad Williams, and Diego and Rosario Maldonado shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel